12-19-15

84,387-01,02

Joseph Mayzone #2060054
Telford Unit
3899 State Hwy 98
New Boston, Tx 75570

To Court of Criminal Appeals of Texas
Clerk, Abe Acosta
P.O.Box 12308 Captol Station
Austin, Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

RE: District Court Cause #93-069-K277A & 93-070-K277A
Status check of Writ Habeas Corpus,

Dear Clerk
I am writing to you requesting a status check and to see if my writ of Habeas Corpus been sent from the District Court to the Court of appeals and if so why come I haven't been issued a Court of appeals number?

Thank You
Joseph Mayzone